**IT IS ORDERED as set forth below:**

**Date: August 25, 2015**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 14-73141-WLH |
| JOSEPH CORNELIUS DAVIS | ) |
| KAY ANN DAVIS, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This matter arose upon Debtor Attorney's "Motion to Withdraw as Counsel" ("Motion") filed in the above styled Chapter 13 case August 10, 2015. The Motion requests permission to withdraw as counsel of record. Based upon the foregoing, it is hereby

**ORDERED** that the Motion is hereby **GRANTED**. The clerk of Court is directed to note the record accordingly.

Prepared by,                                                      No Opposition by,

/s/                                                               /s/ *by Celeste Cornwell w/ express permission*
Celeste Cornwell                                                  Ryan Williams
GA Bar No. 049702                                                 GA Bar No. 940874
Attorney for Debtor                                               Attorney for the Chapter 13 Trustee
Berry & Associates                                                303 Peachtree Center Avenue
2751 Buford Highway, Suite 600                                    Suntrust Garden Plaza, Suite 120
Atlanta, GA 30324                                                 Atlanta, GA 30303
(404) 235-3300                                                    (678) 992-1201

## DISTRIBUTION LIST

Berry and Associates
2751 Buford Highway, Suite 600
Atlanta, Georgia  30324

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Joseph Cornelius Davis
2501 Sagemore Court
Conyers, GA 30094

Joseph Cornelius Davis
3396 Old Covington Highway
Covington, Georgia 30014

Kay Ann Davis
2501 Sagemore Court
Conyers, GA 30094

The Semrad Law Firm, LLC
101 Marietta Street, Suite 3600
Atlanta, GA 30303